1
2
3
4
5
6
7             UNITED STATE DISTRICT COURT
8         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                   WESTERN DIVISION
10

| | |
|---|---|
| MARIA DUGON and ANDRES DUGON,<br><br>        Plaintiff,<br><br>    vs.<br><br>LAC+USC HEALTHCARE NETWORK, CALIFORNIA HOSPITAL MEDICAL CENTER; ST. VINCENT'S MEDICAL CENTER; CLINICA MSR. OSCAR A. ROMERO; SALANDAN DENILI, M.D.; NATHANIEL SPENCER, M.D.; JOSH PARTNOW, M.D.; NATHAN HASHIMOTO, M.D.; MONIQUE A. WHITE-DOMINGUEZ, D.O.; TANIA MEDINA, M.D.; and DOES 1 to 100, inclusive,<br><br>        Defendant. | CASE NO. 2:14-CV-05517-JVS-SH<br>Honorable James V. Selna<br><br>[Consolidated with 2:14-CV-08305-JVS-SHx per FRCP Rule 42]<br><br>**SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56**<br><br>Date:  May 11, 2015<br>Time:  1:30 p.m.<br>Dept:  10 C |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

This Court, having on May 11, 2015, granted the motion for summary judgment of Defendant County of Los Angeles, and having ordered entry of judgment as requested in said motion, finds as follows:

1    IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs. MARIA DUGON
2 and ANDRES DUGON shall take nothing.  Judgment is for Defendant, County of Los
3 Angeles.
4
5 DATED:   July 10, 2015
6
7 _____
8 James V. Selna
JUDGE OF THE UNITED STATES DISTRICT
9 COURT FOR THE CENTRAL DISTRICT OF
CALIFORNIA

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3699 Wilshire Boulevard, 10th Floor, Los Angeles, CA 90010.

On May 14, 2015, I served true copies of the following document(s) described as **SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bonne, Bridges, Mueller, O'Keefe & Nichols's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2015, at Los Angeles, California.

Araceli L. Romero

**SERVICE LIST**
**DUGON v LAC+USC HEALTHCARE NETWORK, et al.**
**2:13CV6721 MMM ASx**

Marshall Silberberg, Esq.
Law Offices of Marshall Silberberg
3333 Michelson Drive, Suite 710
Irvine, CA 92612
(949) 718-0960
(949)266-5811
janette@silberberglaw.com

Attorneys for Plaintiffs, MARIA DUGON and ANDRES DUGON

John Aitelli
Fonda Watson & Croutch
100 West Broadway, Ste. 650
Glendale, CA 91210
(818)649-3506
Fax (310)553-4232
jaitelli@fwclip.com

Attorneys for Defendant, CALIFORNIA HOSPITAL MEDICAL CENTER

Andre Birotte, Jr.
United States Attorney
Leon W. Weidman
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
(213)894-6880
Fax: (213)894-7819
joanne.osinoff@usdoj.gov

Attorneys for Federal Defendants

Carl A. McMahan, Esq.
Law Offices of Carl A. McMahan
11755 Wilshire Boulevard, Suite 880
Los Angeles, CA 90025
(310)479-8827
(310)479-7226
melissa@cmcmahanlaw.com

Co-Counsel for Plaintiffs, MARIA DUGON and ANDRES DUGON

Loren S. Leibl, Esq.
Richard A. Wood, Esq.
McCurdy & Leibl
12925 Riverside Drive, Suite 200
Sherman Oaks, CA 92423
(818)380-0123
Fax: (818)380-0124
loren.leibl@jmll.com

Attorneys for Defendant, Nathan Hashimoto. M.D.

James Kjar, Esq.
Reback, McAndrews, Kjar, Warford & Stockalper
1230 Rosecrans Ave., Ste. 450
Manhattan Beach, CA 90266
(310)297-9900
Fax: (310)297-9800
cshapiro@rmkwsm.com
bselogie@rmkwsm.com

Attorneys for Defendants, NATHANIEL SPENCER, M.D. and JOSH PARTNOW, M.D.